[No. 7335–4–I.  Division One.  September 8, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR H.
DOWNING III, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 8711, Marshall Forrest, J., entered
March 21, 1975. *Affirmed* by unpublished opinion per

Ringold, J., concurred in by Swanson and Durham–
Divelbiss, JJ.